UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ENPAT, INC.,

    Plaintiff,

v.                              Case No. 8:10-cv-2013-T-33AEP

HARRY SHANNON,

    Defendant.
_____/

## ORDER

Pursuant to Local Rules 1.03(d) and 1.04(a), M.D. Fla., this matter is hereby transferred, with her consent, to Judge Patricia C. Fawsett, as it is related to a case previously assigned to her: Enpat, Inc. v. Harry Shannon, et al., case number 6:02-cv-769-Orl-19.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk is directed to reassign this case to Judge Fawsett, with her consent, for all further proceedings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 13th day of October 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel and Parties of Record